EVA A. WHITE, ADMINISTRATRIX, ETC., OF GEORGE N. WHITE, DECEASED, PLAINTIFF, v. RICHARD BUIST, DEFENDANT.

Submitted October term, 1929—Decided May 6, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *LeRoy Vander Burgh.*

*Contra, Edward A. Markley.*

PER CURIAM.

Plaintiff as general administratrix has a verdict for $5,000 for pain and suffering, &c., of her intestate and as administratrix *ad prosequendum* a verdict for $20,000 for damages for his death both rights of recovery arising through and out of the alleged negligence of the defendant in the operation of his motor vehicle at Grand and Broad avenue, in Ridgefield, Bergen county, New Jersey.

We are asked to set these verdicts aside because they are against the weight of the evidence, upon the question of contributory negligence of plaintiff's decedent, and because they are excessive.

Our examination of the proofs satisfies us that neither ground warrants us in setting aside the verdicts and the rule to show cause is therefore discharged, with costs.